**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1162

JACQUELINE ATKINSON,

Plaintiff - Appellant,

versus

FOOD LION, LLC,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. N. Carlton Tilley, Jr., Chief District Judge. (1:05-cv-00024-NCT)

Submitted: March 23, 2006               Decided: March 30, 2006

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jacqueline Atkinson, Appellant Pro Se. Chase Alvin Karsman, Christine A. Samsel, AKIN, GUMP, STRAUSS, HAUER & FELD, LLP, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jacqueline Atkinson appeals the district court's order denying relief on her civil action alleging claims of employment discrimination under Title VII of the Civil Rights Act of 1964. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Atkinson v. Food Lion, LLC, No. 1:05-cv-00024-NCT (M.D.N.C. Dec. 30, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED